## DECLARATION OF MICHAEL CHIAPPETTA

I, Michael Chiappetta, declare as follows:

1. I am a member of the California State Bar and counsel at Fross Zelnick Lehrman & Zissu, P.C., attorneys for Plaintiff Renaissance Pictures, Ltd. I submit this Declaration in support of Plaintiff's Request to Enter Default Against Defendant Award Pictures, LLC. I have firsthand knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On May 2, 2012, Plaintiff Renaissance Pictures, Ltd. ("Plaintiff") filed a Complaint against Defendant Award Pictures, LLC ("Defendant") asserting claims for false designation of origin and false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a)(1)(A) and 1125(a)(1)(B), trademark infringement and unfair competition under California common law and Cal. Bus. & Prof. Code § 17200 and injury to business reputation under Cal. Bus. & Prof. Code § 14247.

3. Plaintiff hired Keating & Walker Attorney Service, Inc. to serve the Summons and Complaint on Defendant, which was served personally on Defendant on May 9, 2012. A Proof of Service was filed with the Court on May 23, 2012. (DKT # 8.) A true and correct copy of the Proof of Service is attached hereto as <u>Exhibit A</u>.

4. Defendant's response to the Complaint was due no later than May 30, 2012, pursuant to Federal Rule of Civil Procedure 12(a) and California Code of Civil Procedure § 415.20(a).

5. On May 29. 2012, I spoke with Glen MacCrae, the President of Defendant who received personal service of the Summons and Complaint, and informed Mr. MacCrae that Plaintiff would agree to stipulate to a thirty (30) day extension of Defendant's time to answer the Complaint. Defendant never

1 provided a stipulation for execution and failed to file anything with the Court by the May 30, 2012 response deadline.

6. On June 8, 2012, I sent an e-mail to Mr. MacCrae advising him that Defendant's deadline for responding to the Complaint (or for seeking an extension of time to respond) had passed, and of Plaintiff's intention to request a default if Defendant did not file an Answer or a stipulated request for an extension of Defendant's time to file an Answer by the close of business on June 15, 2012. A true and correct copy of this e-mail is annexed hereto as Exhibit B.

7. On June 15, 2012, I received an e-mail from Defendant with an attachment entitled Mutual Agreement to Extend Time to Answer (the "E-Mail Attachment"). A true and correct copy of this e-mail and the E-Mail Attachment is annexed hereto as Exhibit C. The E-Mail Attachment contains only the electronic signature of Mr. MacCrae, who is not an attorney, and gives no indication of whether Defendant has retained counsel to represent it in connection with this case.

8. The E-Mail Attachment was received by the Court and entered on its docket as DKT #9 on or around June 20, 2012. However, on or around June 22, 2012, the Court rejected the E-Mail Attachment for violation of the Local Rules, as set forth in the Notice of Docket Discrepancies and Order at DKT #10.

9. On June 21, 2012, I received an e-mail from Mr. MacCrae, stating that Defendant still intends to retain counsel and that said counsel will appear in the case within two weeks. A true and correct copy of this e-mail is annexed hereto as Exhibit D. As of the date of this declaration, I am not aware that Defendant has retained counsel, nor am I aware of any appearance by such counsel in this action.

10. On June 26, 2012 the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution and indicated that an application for entry of default would be a satisfactory response to the OSC. (DKT #11.)

11. As set forth above, Defendant did not respond to the Complaint within the time allowed by the Federal Rules of Procedure and to date has made no proper response to the Complaint. Nor has Defendant made a proper appearance in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2012 at New York, New York.

*[signature]*
MICHAEL CHIAPPETTA