UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-3805 DSF (JCGx) | Date | 7/9/12 |
|---|---|---|---|
| Title | Renaissance Pictures, Ltd. v. Award Pictures, LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Re Local Rule 83

The Court has received a document submitted by Graham G. MacCrae dated July 5, 2012. The document appears to be a letter to the Court. The document violates Local Rule 83-2.11 which states:

> *Communications With the Judge.* Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, making telephone calls to chambers, or otherwise communicating with a judge in pending matters unless opposing counsel is present. All matters shall be called to a judge's attention by appropriate application or motion filed in accordance with these Local Rules.

In addition, Local Rule 83-2.10.3 states:

> *Compliance With Federal Rules.* Any person appearing *pro se* will be required to comply with these Local Rules, and with the F.R.Civ.P., F.R..Crim.P., F.R.Evid. and F.R.App.P.

IT IS HEREBY ORDERED that the document is NOT to be filed, but instead rejected and ordered returned to Graham G. MacCrae.

IT IS FURTHER ORDERED that Graham G. MacCrae comply with the above-referenced rules in connection with any future filings with this Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

IT IS SO ORDERED.