CALDWELL LESLIE & PROCTOR, PC
MICHAEL D. ROTH, State Bar No. 217464
*roth@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
BARBARA SOLOMON, admitted *pro hac vice*
*bsolomon@fzlz.com*
MICHAEL CHIAPPETTA, State Bar No. 185256
*mc@fzlz.com*
866 United Nations Plaza
New York, New York 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Plaintiff Renaissance Pictures, Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RENAISSANCE PICTURES, LTD.,

Plaintiff,

v.

AWARD PICTURES, LLC,

Defendant.

CASE NO. CV12-3805 DSF (JCGx)

**NOTICE OF DEFENDANT'S NON-OPPOSITION TO APPLICATION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATION OF MICHAEL CHIAPPETTA IN SUPPORT THEREOF**

Plaintiff Renaissance Pictures, Ltd. ("Plaintiff") hereby submits a Notice of Non-Opposition by Defendant Award Pictures, LLC ("Defendant") to Plaintiff's Application for Entry of Default Judgment, and further requests that the Court enter default judgment against Defendant without a hearing.

On July 2, 2012, the Clerk of the Court entered a default against the Defendant. (Declaration of Michael Chiappetta ("Chiapp. Decl."), ¶ 2.) On July 27, 2012, Plaintiff filed an Application for Entry of Default Judgment (the "Application"). (Chiapp. Decl., ¶ 3.) Also on July 27, 2012, Notice of the filing of Plaintiff's Application was served on Defendant by U.S. Mail and e-mail to Defendant's principal place of business pursuant to Central District Local Rules 55-1 and 55-2. (Chiapp. Decl., ¶ 3, Exh. A.)

Defendant was required to file any opposition to the Application by August 6, 2012. *See* Local Rule 7-9 (opposing papers due no later than 21 days before August 27, 2012 hearing date). To date, Defendant has not filed any such opposition or response. (Chiapp. Decl., ¶ 4.) Defendant's failure to file an opposition should therefore be considered by this Court as Defendant's consent to the granting of Plaintiff's Application. *See* Local Rule 7-12.

Accordingly, Plaintiff respectfully requests that the Court vacate the scheduled hearing and grant Plaintiff's Application based on the submitted papers and evidence. *See Philip Morris USA, Inc. v. Castworld Prods., Inc.*, 219 F.R.D. 494, 497 (C.D. Cal. 2003) (granting default judgment after no opposition was filed by defendant).

DATED: August 13, 2012

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
MICHAEL D. ROTH

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
BARBARA A. SOLOMON
MICHAEL CHIAPPETTA

By /s/
MICHAEL CHIAPPETTA
Attorneys for Plaintiff Renaissance Pictures Ltd.