# DECLARATION OF MICHAEL CHIAPPETTA

I, MICHAEL CHIAPPETTA, declare:

1. I am an attorney at Fross Zelnick Lehrman & Zissu, P.C. ("Fross Zelnick"), counsel for plaintiff Renaissance Pictures, Ltd. ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Notice of Defendant's Non-Opposition to Application for Entry of Default Judgment. I make this declaration on the basis of my own personal knowledge and if I were called as a witness on this application, I could and would testify competently to the facts set forth below.

2. The default of Defendant Award Pictures, LLC ("Defendant") was entered by the Clerk of the Court on or about July 2, 2012. Also on July 2, 2012, Plaintiff forwarded a copy of the Clerk's entry of default to Defendant.

3. On July 27, 2012, Plaintiff filed an Application for Entry of Default Judgment against Defendant. Also on July 27, 2012, Notice of the filing of Plaintiff's Application was served on Defendant by U.S. Mail and e-mail to Defendant's principal place of business at:

>Glen MacCrae, President
>Award Pictures, LLC
>112 Carment Hill Road
>New Milford, Connecticut 06776-4511
>gsm@awardpictures.com

A true and correct copy of the Proof of Service is attached hereto as Exhibit A.

4.	To date, Defendant has not filed an opposition, or responded in any manner to Plaintiff's Application for Entry of Default Judgment.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 13th day of August, 2012 at New York, New York.


_____/s/_____
MICHAEL CHIAPPETTA