1  CALDWELL LESLIE & PROCTOR, PC
   MICHAEL D. ROTH, State Bar No. 217464
2    *roth@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
3  Los Angeles, California 90017-2463
   Telephone: (213) 629-9040
4  Facsimile: (213) 629-9022

5  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   BARBARA SOLOMON (Admitted *Pro Hac Vice*)
6    *bsolomon@fzlz.com*
   MICHAEL R. CHIAPPETTA, State Bar No. 185256
7    *mc@fzlz.com*
   866 United Nations Plaza, 6th Floor
8  New York, New York 10017
   Telephone: (212) 813-5900
9  Facsimile: (212) 813-5901

10 Attorneys for Plaintiff
   RENAISSANCE PICTURES, LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RENAISSANCE PICTURES, LTD., <br><br>Plaintiff,<br><br>v.<br><br>AWARD PICTURES, LLC,<br><br>Defendant. | Case No. CV 12-3805 DSF (JCGx)<br><br>**PROOF OF SERVICE**<br><br>Trial Date:    None Set |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On July 27, 2012, I served true copies of the following document(s) described as:

**(1) NOTICE OF APPLICATION AND APPLICATION OF RENAISSANCE PICTURES, LTD. FOR ENTRY OF DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES;**

**(2) DECLARATION OF MICHAEL CHIAPPETTA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT;**

**(3) [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT; AND**

**(4) [PROPOSED] JUDGMENT** on the interested parties in this action as follows:

Glen MacCrae, President
Award Pictures, LLC
112 Carment Hill Road
New Milford, CT 06776-4511
Email: gsm@awardpictures.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Caldwell Leslie & Proctor, PC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address odanaka@caldwell-leslie.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2012, at Los Angeles, California.

_Margie Odanaka_
Margie Odanaka

CALDWELL
LESLIE &
PROCTOR